# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| LORI HICKS,<br><br>                       Plaintiff,<br><br>v.<br><br>ROBERTSON COUNTY ELECTION COMMISSION,<br><br>                       Defendant. | Case No. _____ |

## PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER

Pursuant to Federal Rule of Civil Procedure 65, Plaintiff hereby moves for a temporary restraining order requiring the nominal Defendant, the Robertson County Election Commission to register Plaintiff to vote and allow her to vote in the upcoming November 6, 2018 election (the "Election").

As set forth more fully in the Verified Complaint and the accompanying Memorandum of Law in Support of this Motion, the Robertson County Election Commission violated the National Voter Registration Act, 52 U.S.C. § 20501, *et seq.*, (the "NVRA") in illegally purging Plaintiff's voter registration without the adequate notice required by Section 20507 of the NVRA. Plaintiff requests immediate action from this Court to rectify this wrong and allow her to cast a ballot in the November 6, 2018 Election thereby allowing Plaintiff to participate in this most important civic institution. Plaintiff needs immediate relief so she can exercise her voting rights.

In support of this motion, Plaintiff relies upon:

    (1) the Verified Complaint; and

    (2) the memorandum of law submitted herewith.

1

An appropriate Temporary Injunction Order is attached hereto as Exhibit A.

Because the Election is tomorrow, Plaintiff respectfully requests an immediate hearing on the Motion for Temporary Injunction to be had on Monday, November 5, 2016. Counsel for Plaintiff can make themselves available at the Court's convenience.

Dated: November 5, 2018

Respectfully submitted,

*/s/Benjamin A. Gastel*
J. Gerard Stranch, IV, Esq. (BPR# 23045)
Benjamin A. Gastel (BPR #28699)
Anthony A. Orlandi (BPR #33988)
BRANSTETTER, STRANCH & JENNINGSPLLC
The Freedom Center
223 Rosa Parks Ave, Suite 200
Nashville, TN 37203
(615) 254-8801
gerards@bsjfirm.com
beng@bsjirm.com
aorlandi@bsjfirm.com

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on November 5, 2016, the foregoing was served via U.S. Mail, pre-paid postage, and Electronic Mail upon:

Cathy Hamsley, Administrator of Elections
513 S. Brown Street
Robertson Co Office Bldg, Room 137
Springfield, TN 37172-2941
Phone: (615) 384-5592
Fax: (615) 382-3122
robertson.commission@tn.gov

                                                */s/ Benjamin A. Gastel*
                                                Benjamin A. Gastel