# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| LORI HICKS,<br><br>                Plaintiff,<br><br>v.<br><br>ROBERTSON COUNTY ELECTION COMMISSION,<br><br>                Defendant. | Case No. _____ |

## [PROPOSED] TEMPORARY INJUNCTION ORDER

NOW before the Court is the Plaintiff's Motion for Temporary Restraining Order. For the reasons expressed in the Motion for Temporary Restraining Order, the Memorandum of Law in Support thereof and all supporting documentation contained in the Verified Complaint, it is hereby **ORDERED** that a temporary injunction is hereby **ISSUED**, and the following is ordered:

1. The Robertson County Election Commission is hereby restrained from preventing Lori Hicks from casting a ballot in the upcoming November 6, 2018 election on the basis that she is not a registered voter in Robertson County;

2. The Robertson County Election Commission shall take all necessary action to allow Lori Hicks to cast a ballot in the upcoming November 6, 2018 election at the appropriate polling place so long as Lori appears at the appropriate polling place, at the appropriate times, and with all other appropriate documentation necessary to cast a ballot.

It is so **ORDERED**

**ISSUED** this _____ day of November 2018.

_____
U.S. District Judge