# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| LORI HICKS,<br><br>                Plaintiffs,<br><br>v.<br><br>ROBERTSON COUNTY ELECTION COMMISSION,<br><br>                Defendants. | Case No. 3:18-cv-1235<br><br>Judge Waverly D. Crenshaw |

## CONSENT PERMANENT INJUNCTION ORDER

Plaintiff Lori Hicks filed suit against the Robertson County Election Commission (the "Defendant") after she attempted to vote in the November 2018 general election but was told she was no longer a registered voter in Robertson County. Plaintiff's suit included a request for an injunction requiring the Defendant reinstate her registration and allow her to vote. Following the filing of the present lawsuit, the Defendant reinstated Lori Hicks' registration and she cast a vote in the November 2018 general election.

The parties having reached an agreement on the issues, it is hereby FOUND and ORDERED as follows:

1. The Robertson County Election Commission reinstated Lori Hicks' voter registration and allowed her to cast a vote on election day in the November 6, 2018 general election.

2. The Robertson County Election Commission shall continue to list Lori Hicks as a registered voter and shall not purge Ms. Hicks' registration except in accordance with the

1

provisions of Tenn. Code Ann. § 2-2-106.

3. Upon entry of this order, the Clerk is directed to issue judgment consistent with this Consent Order and the case is dismissed with prejudice.

IT IS SO ORDERED.

_____
Waverly D. Crenshaw, Jr.
Chief United States District Judge

Approved For Entry By:


By: *Benjamin A. Gastel*_____
J. Gerard Stranch, IV, Esq. (BPR #23045)
Benjamin A. Gastel (BPR #28699)
Anthony A. Orlandi (BPR #33988)
**BRANSTETTER, STRANCH &
  JENNINGS, PLLC**
The Freedom Center
223 Rosa Parks Ave, Suite 200
Nashville, TN 37203
Phone: (615) 254-8801
Fax: (615) 255-5419
gerards@bsjfirm.com
beng@bsjfirm.com
aorlandi@bsjfirm.com

*Attorneys for Plaintiff*

By: *Clyde Richert*_____
Clyde W. Richert III (BPR #005597)
**RICHERT & DILLIHA PLLC**
516 S. Main Street
Springfield, TN 37172
Phone: (615) 384-8774
crichert@r-dlaw.net

*Attorney for Defendant*