UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

Lori Hicks

                Plaintiff,

v.                    Case No.: 3:18–cv–01235

Robertson County Election Commission

                Defendant,

## **ENTRY OF JUDGMENT**

Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on 1/8/2019 re [10].

                                                  Clerk of Court
                                    s/ Dalaina Thompson, Deputy Clerk